**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2245**

_____

EMMA L. HAND,

Plaintiff - Appellant,

versus

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Glen E. Conrad, Magistrate
Judge.  (CA-01-38-4)

_____

Submitted:  March 7, 2003          Decided:  March 20, 2003

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry L. Williams, Jr., WILLIAMS, LUCK & WILLIAMS, Danville,
Virginia, for Appellant.  James A. Winn, Assistant Regional Chief
Counsel, Patricia M. Smith, Deputy Chief Counsel, Andrew C. Lynch,
Assistant Regional Counsel, Office of the General Counsel, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; John L.
Brownlee, United States Attorney, Julie C. Dudley, Assistant United
States Attorney, UNITED STATES ATTORNEY'S OFFICE, Roanoke,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emma L. Hand seeks review of the magistrate judge's order[*] affirming the Commissioner's denial of social security benefits pursuant to 20 C.F.R. §§ 404.1520(f), 416.920(f) (2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. In particular, we find that substantial evidence supports a finding that Hand is unable to meet the requirements of either 20 C.F.R. Part 404, Subpart P, Appendix 1, § 1.03 (1998) or 20 C.F.R. Part 404, Subpart P, Appendix 1, § 1.02 (2002). Accordingly, we affirm the magistrate judge's order. <u>Hand v. Commissioner of SSA</u>, No. CA-01-38-4 (W.D. Va. Aug. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (2000).